**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Taylor Dow*
*Assistant United States Attorney*

*970 Broad Street*
*Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2026*
*taylor.dow@usdoj.gov*

July 13, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re: *Rodriguez Coria v. Benzel*, No. 26-cv-07742 (CCC)**
**Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement. In accordance with the Court's Text Order dated June 26, 2026 (ECF No. 4), we respectfully write to inform the Court that on July 2, 2026, the Elizabeth Immigration Court conducted a custody redetermination concerning Petitioner pursuant to 8 C.F.R. § 1236. The Elizabeth Immigration Court denied bond upon finding Petitioner failed to meet "his burden of establishing that he is not a danger to the community or a flight risk." *See* Ex. A at 1 (July 2, 2026 Order of the Immigration Judge). We respectfully request that the Court close this case and thank the Court for its consideration of this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Taylor Dow*
TAYLOR DOW
Assistant United States Attorney
*Attorney for Respondents*

cc: All counsel of record (*via ECF*)

Encls.

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 9/23/2026